**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deutsche Bank National Trust Company,<br><br>Plaintiff,<br><br>v.<br><br>Kenneth McLeod, Carol McLeod, Circle G at Rigg's Homestead Ranch Homeowners Association, and Unknown Parties,<br><br>Defendants. | No. CV-14-01720-PHX-NVW<br><br>**ORDER** |

IT IS ORDERED that Count II of the Complaint (Doc. 1) is dismissed as moot and the allegations in paragraphs 36 through 47 are stricken as moot.

IT IS FURTHER ORDERED that Defendants McLeod file by June 20, 2018, an answer to the Complaint, failing which a default may be entered if sought.

IT IS FURTHER ORDERED that Plaintiff's time to serve process on Defendant Circle G at Riggs Homestead Ranch Homeowners Association is extended to July 2, 2018, and that Plaintiff show cause by July 2, 2018, why this action should not be dismissed as against that Defendant for failure to serve process and failure to prosecute.

IT IS FURTHER ORDERED that Plaintiff show cause by July 2, 2018, why the Complaint should not be dismissed with prejudice as against Defendant Circle G at Riggs Homestead Ranch Homeowners Association for failure to state a claim upon which relief can be granted. The Complaint makes no substantive allegations against that Defendant.

IT IS FURTHER ORDERED that Plaintiff show cause by July 2, 2018, why the Complaint should not be dismissed with prejudice as against the Doe Individual and Entities 1-10 Defendants for failure to state a claim upon which relief can be granted.

Dated: June 1, 2018.

_____
Neil V. Wake
Senior United States District Judge